

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of D.L.B. and          * From the 70th District Court
S.E.B., children,                            of Ector County,
                                                    Trial Court No. A-130,028.


No. 11-15-00294-CV                     * April 14, 2016


                                               * Per Curiam Memorandum Opinion
                                                  (Panel consists of: Wright, C.J.,
                                                  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Appellant.